# EXHIBIT C

*FTI Brands LLC v. Tulip Innovations LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 11,684,230
Page 1

| U.S. Patent No. 11,684,230 | Kicks & Co. Sneaker Cleaning Sponge, 10 Pack |
|---|---|
| 1.  A pre-packaged cleaning system comprising, in combination: | Tulip Innovations' Kicks & Co. Sneaker Cleaning Sponge, 10 Pack (the "Accused Product") is "a pre-packaged cleaning system" as claimed.<br><br><br><br>*See* Kicks & Co Shoe Premium Cleaning Sponges, Dual Textured, 10 pack – Kicks and Co. |

*FTI Brands LLC v. Tulip Innovations LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 11,684,230
Page 2

| U.S. Patent No. 11,684,230 | Kicks & Co. Sneaker Cleaning Sponge, 10 Pack |
|---|---|
| a package; | The Accused Product includes "a package" which holds the 10-pack of the sneaker cleaning sponge, as illustrated below.<br><br> |

*FTI Brands LLC v. Tulip Innovations LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 11,684,230
Page 3

| U.S. Patent No. 11,684,230 | Kicks & Co. Sneaker Cleaning Sponge, 10 Pack |
|---|---|
| at least one cleaning device located within the package; wherein the at least one cleaning device comprises: | The Accused Product includes "at least one cleaning device located within the package."<br><br>The Accused Product consists of a package and located within said package is a 10 pack of cleaning devices (sneaker cleaning sponges).<br><br> |

*FTI Brands LLC v. Tulip Innovations LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 11,684,230
Page 4

| U.S. Patent No. 11,684,230 | Kicks & Co. Sneaker Cleaning Sponge, 10 Pack |
|---|---|
| a body of microporous foam sponge having a front side and a rear side opposed to the front side; and | The Accused Product includes "a body of microporous foam sponge having a front side and a rear side opposed to the front side." <br><br> The cleaning device that is part of the Accused Product shows a microporous foam sponge as described above with a front side and a rear side opposed to the front side. <br><br> |

*FTI Brands LLC v. Tulip Innovations LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 11,684,230
Page 5

| U.S. Patent No. 11,684,230 | Kicks & Co. Sneaker Cleaning Sponge, 10 Pack |
| --- | --- |
|  |  |

| | |
|---|---|
| a holding layer secured to the rear side of the body of micro-porous foam sponge. | The Accused Product includes "a holding layer secured to the rear side of the body of micro-porous foam sponge." <br><br> The cleaning device that is part of the Accused Product includes a holding layer that is secured to the rear side of the micro-porous foam sponge as illustrated below. <br><br>  |

*FTI Brands LLC v. Tulip Innovations LLC*
Exhibit C – Claim Chart – U.S. Pat. No. 11,684,230
Page 7

| U.S. Patent No. 11,684,230 | Kicks & Co. Sneaker Cleaning Sponge, 10 Pack |
| --- | --- |
| |  |